MUTHU SANKARAN *v.* RONALD JARVIS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 919 (AC 15977), is denied.

*Peter Luria,* in support of the petition.

*Philip K. Meister* and *Lawrence H. Dickson,* in opposition.

Decided July 3, 1997

MELANIE TARKA *v.* ANTON FILIPOVIC ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 46 (AC 15153), is denied.

*John R. Williams,* in support of the petition.

*Donald R. Kiefer,* in opposition.

Decided July 3, 1997

STATE OF CONNECTICUT *v.* JUAN MORALES

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 116 (AC 14765), is granted, limited to the following issues:

"1. Whether the Appellate Court correctly determined that the defendant's confrontation rights were not violated when the trial court refused to allow the defendant to cross-examine D, the child complainant, as well as her mother, Dr. Frederick Barrien and Veronica Lugris about her previous accusations that the defendant's son sexually abused her?

"2. Whether the Appellate Court was correct in upholding the trial court's refusal to allow the defendant